ANNE M. DORSHIMER, WSBA No. 50363
anne.dorshimer@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Defendant*
*MultiCare Health System*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF WASHINGTON, *ex rel.* DR. DEANETTE L. PALMER, PHD, and RICHARD PALMER, as RELATORS,<br><br>Plaintiffs,<br><br>v.<br><br>MULTICARE HEALTH SYSTEM dba MULTICARE DEACONESS HOSPITAL and MULTICARE ROCKWOOD CLINIC NEUROSURGERY,<br><br>Defendant. | Case No. 2:22-cv-00068-SAB<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Civil Rule 7.1(a), Defendant MultiCare Health Systems discloses that it is a Washington not-for-profit corporation. It has no members and no parent, and because it is a non-stock corporation, no publicly-held corporation directly owns 10% or more of its stock.

///

///

///

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

122637457.1 0023502-00322

| | | |
|---|---|---|
| 1 | DATED: March 11, 2024 | STOEL RIVES LLP |
| 2 | | |
| 3 | | */s/ Anne M. Dorshimer*<br>ANNE M. DORSHIMER, WSBA No. 50363 |
| 4 | | anne.dorshimer@stoel.com<br>Stoel Rives LLP |
| 5 | | 600 University Street, Suite 3600<br>Seattle, WA 98101 |
| 6 | | Telephone: 206.624.0900<br>Facsimile: 206.386.7500 |
| 7 | | |
| 8 | | WENDY OLSON (Admitted *pro hac vice*) |
| 9 | | wendy.olson@stoel.com<br>Stoel Rives LLP |
| 10 | | 101 S. Capital Boulevard, Suite 1900<br>Boise, ID 83702 |
| 11 | | Telephone: 208.389.9000<br>Facsimile: 208.389.9040 |
| 12 | | THOMAS H BARNARD (Admitted |
| 13 | | *pro hac vice)*<br>tbarnard@bakerdonelson.com |
| 14 | | Baker Donelson<br>100 Light Street, 19th Floor |
| 15 | | Baltimore, MD 21202<br>Telephone: 410.862.1185 |
| 16 | | *Attorneys for Defendant MultiCare Health System* |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 2

# CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic service.

DATED: March 11, 2024.

        STOEL RIVES, LLP

*/s/ Anne M. Dorshimer*
ANNE M. DORSHIMER, Bar No. 50363

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 3

**STOEL RIVES** LLP
**ATTORNEYS**
**600 University Street, Suite 3600, Seattle, WA 98101**
*Telephone 206.624.0900*

122637457.1 0023502-00322