FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 05, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF WASHINGTON, *ex rel.*, DR. DEANETTE L. PALMER, PhD, and RICHARD PALMER, Husband and Wife, <br><br> Plaintiffs, <br><br> v. <br><br> MULTICARE HEALTH SYSTEM d/b/a MUTLICARE DEACONESS HOSPITAL and MULTICARE ROCKWOOD CLINIC NEUROSURGERY AND SPINE CENTER, <br><br> Defendants. | No. 2:22-CV-00068-SAB <br><br><br> **ORDER DISMISSING ACTION; CLOSING FILE** |

Before the Court is the parties' Joint Stipulated Motion to Dismiss, ECF No. 138. The motion was heard without oral argument.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and Local Civil Rule 41(a)(1)(B), the United States of America, the State of Washington, the Relators, Dr. Deanette Palmer and Richard Palmer ("Relators"), and Defendant MultiCare Health Systems, ("MultiCare") move to dismiss the above-captioned action with prejudice, with the exception of the issue of any

**ORDER DISMISSING ACTION; CLOSING FILE ~** 1

Relators' claims for attorney fees and costs pursuant to 31 U.S.C. § 3730(d). the parties indicate they have reached a settlement resolving this matter in its entirety, with the exception of the issue of Relators' attorney fees and costs.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The parties' Joint Stipulated Motion to Dismiss, ECF No. 138, is **GRANTED**.

2.  Pursuant to the parties' joint stipulated dismissal, Fed. R. Civ. P. 41(a)(1)(ii) and Local Civil Rule 41(a)(1)(B), the above-captioned action is **DISMISSED**, with prejudice as to the Relator and with prejudice as to the United States and the State of Washington as to the Covered Conduct as defined in the Settlement Agreement between the Parties, and the Complaint in Intervention, ECF No. 26, and otherwise without prejudice as to the United States and the State of Washington only.

3.  The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the Parties and for any claims by Relators for attorney fees and costs pursuant to 31 U.S.C. §3730(d).

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 5th day of March 2026.



_____
Stan Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 2