FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF WASHINGTON, *ex rel.*, DR. DEANETTE L. PALMER, PhD, and RICHARD PALMER, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>MULTICARE HEALTH SYSTEM d/b/a MUTLICARE DEACONESS HOSPITAL and MULTICARE ROCKWOOD CLINIC NEUROSURGERY AND SPINE CENTER,<br><br>Defendants. | No. 2:22-CV-00068-SAB<br><br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF JUDGMENT** |

Before the Court is Defendant's Unopposed Motion for Entry of Judgment, ECF No. 140. The motion was heard without oral argument.

Defendant MultiCare Health System asks the Court to enter judgement consistent with the Court's prior order dismissing this matter. It indicates the motion is unopposed.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Unopposed Motion for Entry of Judgment, ECF No. 140, is

**ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF JUDGMENT** ~ 1

**GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendants.

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the Parties and for any claims by Relators for attorney fees and costs pursuant to 31 U.S.C. §3730(d).

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, and provide copies to counsel. The file shall remain closed.

**DATED** this 15th day of April 2026.



_____
Stan Bastian
Chief United States District Judge

**ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF JUDGMENT** ~ 2