AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF WASHINGTON, ex rel., DR. DEANETTE L. PALMER, PhD, and RICHARD PALMER, Husband and Wife,<br>*Plaintiff*<br>v.<br>MULTICARE HEALTH SYSTEM d/b/a MUTLICARE DEACONESS HOSPITAL and MULTICARE ROCKWOOD CLINIC NEUROSURGERY AND SPINE CENTER,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  2:22-CV-00068-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    Defendant's Unopposed Motion for Entry of Judgment, ECF No. 140, is GRANTED.
The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the Parties and for any claims by Relators for attorney fees and costs pursuant to 31 U.S.C. §3730(d).
Judgment is entered in favor of Plaintiffs and against Defendants.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Stanley A. Bastian

Date:  4/15/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*