FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF WASHINGTON, *ex rel.*, DR. DEANETTE L. PALMER, PhD, and RICHARD PALMER, Husband and Wife,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MULTICARE HEALTH SYSTEM d/b/a MUTLICARE DEACONESS HOSPITAL and MULTICARE ROCKWOOD CLINIC NEUROSURGERY AND SPINE CENTER,<br><br>　　　　Defendants. | No. 2:22-CV-00068-SAB<br><br><br>**ORDER GRANTING UNOPPOSED MOTION TO ALTER OR AMEND JUDGMENT** |

Before the Court is Defendant's Unopposed Motion to Alter or Amend Judgment, ECF No. 143. The motion was heard without oral argument.

Defendant MultiCare Health System asks the Court to amend the judgement that was previously entered. It indicates the motion is unopposed.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Unopposed Motion to Alter or Amend Judgment, ECF No.

**ORDER GRANTING UNOPPOSED MOTION TO ALTER OR AMEND JUDGMENT** ~ 1

143, is **GRANTED**.

2.   The Clerk of Court is directed to enter the following amended judgment:

Judgment is entered dismissing the action with prejudice as to the Relators and with prejudice as to the United States and the State of Washington as to the Covered Conduct as defined in the Settlement Agreement between the Parties, and the Complaint in Intervention, and otherwise without prejudice as to the United and the State of Washington only."

3.   The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the Parties and for any claims by Relators for attorney fees and costs pursuant to 31 U.S.C. §3730(d).

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel. The file shall remain closed.

**DATED** this 24th day of April 2026.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING UNOPPOSED MOTION TO ALTER OR AMEND JUDGMENT** ~ 2