AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF WASHINGTON, ex rel., DR. DEANETTE L. PALMER, PhD, and RICHARD PALMER, Husband and Wife,<br><br>*Plaintiff*<br><br>v.<br><br>MULTICARE HEALTH SYSTEM d/b/a MUTLICARE DEACONESS HOSPITAL and MULTICARE ROCKWOOD CLINIC NEUROSURGERY AND SPINE CENTER,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.   2:22-CV-00068-SAB |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment is entered dismissing the action with prejudice as to the Relators and with prejudice as to the United States and the State of Washington as to the Covered Conduct as defined in the Settlement Agreement between the Parties, and the Complaint in Intervention, and otherwise without prejudice as to the United and the State of Washington only.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian

Date:  4/24/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*